# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# SOUTH BEND DIVISION

| | |
|---|---|
| JEREMIAH D. BEVERLY, )<br>)<br>Petitioner )<br>)<br>v. )<br>)<br>SUPERINTENDENT, Indiana )<br>State Prison, )<br>)<br>Respondent ) | No. 3:08cv0540 AS |

### *MEMORANDUM AND ORDER*

On or about March 19, 2009, the respondent filed a motion to dismiss and complied with *Lewis v. Faulkner*, 689 F.2d 100 (7th Cir. 1982). The court has given close attention to the underlying allegations and proceedings here. It does not appear that in this case any actions were taken as to this petitioner which would extend his time and sentence at the Indiana State Prison on his state sentence or sentences.

Therefore, the motion to dismiss is **GRANTED.** Each party will bear its own costs. The Clerk shall enter judgment accordingly. **IT IS SO ORDERED**.

**DATED: April 25, 2009**

                                        /s/ ALLEN SHARP
                                        **ALLEN SHARP, JUDGE**
                                        **UNITED STATES DISTRICT COURT**